Katherine TONNAS, Plaintiff–
Appellant,

v.

STONEBRIDGE LIFE INSURANCE
COMPANY, formerly known as J.C.
Penney Life Insurance Company, De-
fendant—Third–Party Plaintiff—Ap-
pellee,

v.

Kym Adams Wright; Cheryl Ann
Adams; Sheila Adams Sanders; Gas-
kin–Southall & Associates, Inc.,
Third–Party Defendants—Appellees.

No. 04–30672.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 30, 2004.

John K. Pierre, Baton Rouge, LA, for
Plaintiff-Appellant.

Katherine Tonnas, Covert James Geary,
Jones, Walker, Waechter, Poitevent, Car-
rere & Denegre, New Orleans, LA, for
Defendant–Third Party Plaintiff-Appellee.

Jennifer Edith Adams, Deutsch, Kerri-
gan & Stiles, New Orleans, LA, for Third
Party Defendants–Appellees.

Before WIENER, BENAVIDES, and
DENNIS, Circuit Judges.

PER CURIAM: *

We have reviewed the summary judg-
ment record in this lawsuit and have stud-
ied the appellate briefs of the parties as
well. As to plaintiff-appellant Katherine
Tonnas's first argument—that the evi-
dence that she submitted to the district
court creates a genuine issue of material
fact as to the life insurance policy's benefi-
ciary—we are satisfied that the district
court's grant of summary judgement,
grounded in the reasons patiently, fully,
and correctly set forth in its order dated
May 20, 2004, should be affirmed.

As to Tonnas's second argument con-
cerning the district court's disbursement of
the policy proceeds, she has waived it.
She challenges the disbursement for the
first time on this appeal. Those issues not
raised before the district court are waived
on appeal.[1]

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

1. *In re Fairchild Aircraft Corp.*, 6 F.3d 1119,
1128 (5th Cir.1993) ("In short, the argument
must be raised to such a degree that the trial
court may rule on it. ... The argument here
was not even identified by name, much less
advocated.").